| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | CHRISTINA McCALL (CABN 234139)<br>Assistant United States Attorney |

MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
E-Mail: christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-09-0827 SBA |
|---|---|
| Plaintiff, | ) STIPULATED REQUEST TO CONTINUE<br>) HEARING DATE TO NOVEMBER 18, 2013 |
| v. | ) |
| JASON HART, | ) Date: November 6, 2013 |
| Defendant. | ) Time: 9:30 a.m.<br>) Court: Hon. Kandis A. Westmore |

The above-captioned matter is set on November 6, 2013 before this Court for a status conference on a Supervised Release petition. The parties request that the Court continue the hearing to November 18, 2013. The continuance is requested to allow defense counsel to advise another client who will testify before Judge White in San Francisco the morning of November 6. Also, a continuance will allow the parties to address the recently-produced arrest report. Defendant will remain in custody pending the outcome of the revocation hearing.

DATED: October 21, 2013

    /s/
CHRISTINA McCALL
Assistant United States Attorney

    /s/
HARRIS TABACK
Counsel for Jason Hart

STIP. REQ. TO CONTINUE HEARING TO NOVEMBER 18, 2013
NO. CR-09-0827 SBA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-0827 SBA |
| Plaintiff, ) ) | [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE |
| v. ) ) | |
| JASON HART, ) Defendant. ) ) ) ) | Date: November 6, 2013<br>Time: 9:30 a.m.<br>Court: Hon. Kandis A. Westmore |

The parties jointly requested that the hearing in this matter be continued from November 6, 2013 to November 18, 2013 at 9:30 a.m. The continuance is requested to allow the defense attorney to attend trial before Judge White on November 6, 2013, and will allow the parties to address the defendant's newly-produced arrest report.

**IT IS HEREBY ORDERED** that the hearing in this matter is continued from November 6, 2013 to November 18, 2013 at 9:30 a.m. Defendant will remain in custody pending the outcome of the revocation hearing.

DATED: 11/5/13                    _/s/ Kandis Westmore_
                                            HON. KANDIS A. WESTMORE
                                            United States Magistrate Court Judge

STIP. REQ. TO CONTINUE HEARING TO NOVEMBER 18, 2013
NO. CR-09-0827 SBA